■ In the Matter of CARLOS SOREY, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [816 NYS2d 398]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered January 24, 2006) to review a determination of respondent. The determination found after a Tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination be and the same hereby is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, J.P., Gorski, Martoche, Green and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CORNELIUS N. JAMES, Appellant. [816 NYS2d 398]—Appeal from a resentence of the Wayne County Court (John B. Nesbitt, J.), rendered July 22, 2004. Defendant was resentenced following his conviction, upon his plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the resentence so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, J.P., Gorski, Martoche, Green and Hayes, JJ.